IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Keith Russell Judd #11593-051, | ) | C/A No. 3:05-CV-1381-MBS |
| | ) | |
| Petitioner, | ) | |
| | ) | **OPINION AND** |
| vs. | ) | **ORDER** |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner Keith Russell Judd, appearing pro se, is an inmate in the custody of the Federal Bureau of Prisons. Petitioner brings this action pursuant to 28 U.S.C. § 2241 seeking a writ of habeas corpus. Petitioner currently is not detained in the district of South Carolina nor does it appear that Petitioner has even been in federal custody in the state of South Carolina. As such, this court is without jurisdiction to hear this case. See Rumsfeld v. Padilla, 542 U.S. 426 (2004) (noting that a § 2241 petition must be filed in the judicial district which can acquire in personam jurisdiction of a petitioner's warden or custodian).

The above-captioned case is hereby **dismissed** without prejudice.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
United States District Judge

October 26, 2005
Columbia, South Carolina